Genevieve NAES, Petitioner/Respondent,

v.

**Daryl NAES, Respondent/Appellant.**

No. 62454.

Missouri Court of Appeals,
Eastern District,
Division One.

June 15, 1993.

Steven S. Fluhr, Gourley, Sallerson, Fluhr & Moore, Clayton, for respondent/appellant.

Charles E. Bridges, Bridges & Seibel, P.C., St. Charles, for petitioner/respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

Husband appeals from that portion of the Decree of Dissolution of Marriage awarding maintenance to wife. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).